UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENISE A. BADGEROW                          CIVIL ACTION

VERSUS                                      NO: 19-10353

GREG WALTERS, ET AL.                        SECTION: "A" (2)

## JUDGMENT

Pursuant to the Order and Reasons entered on June 26, 2019,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants, Greg Walters, Thomas Meyer, and Ray Trosclair, and against Plaintiff, Denise A. Badgerow, confirming the arbitral award in favor of Defendants and dismissing all of Plaintiff's claims with prejudice.

June 26, 2019

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

1