# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENISE A. BADGEROW,** | * | **CIVIL ACTION NO. 2:19-cv-10353** |
| Plaintiff, | * | **JUDGE JAY C. ZAINEY** |
| v. | * | **MAG. DONNA CURRAULT** |
| **GREG WALTERS, THOMAS MEYER, AND RAY TROSCLAIR,** | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, Greg Walter, Thomas Meyer and Ray Trosclair and Plaintiff, Denise A. Badgerow, and hereby stipulate and move this Court to dismiss the above-captioned matter, with prejudice.

The Parties have resolved all claims in controversy between them. As a result, the parties respectfully request dismissal of this case with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**

By: /s/ *Eve B. Masinter*
E. FREDRICK PREIS, JR. (LA BAR #10704)
EVE B. MASINTER (LA BAR #1218), T.A.
MATTHEW M. MCCLUER (LA BAR #33970)
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 617-7928
Email: Fred.Preis@bswllp.com
Email: Eve.Masinter@bswllp.com
Email: Matthew.McCluer@bswllp.com
*Attorneys for Greg Walters, Thomas Meyer, and Ray Trosclair*

**BUSINESS LAW GROUP**

By: /s/ *Amanda Butler*
AMANDA BUTLER (LSBA NO. 31644)
3432 Chestnut Street
New Orleans, LA 70115
Email: abutler@lawgroup.biz
***Attorney for Denise A. Badgerow***