IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENISE A. BADGEROW,** | * | **CIVIL ACTION NO. 2:19-cv-10353** |
| | * | |
| **Plaintiff,** | * | **JUDGE JAY C. ZAINEY** |
| v. | * | |
| | * | **MAG. DONNA CURRAULT** |
| **GREG WALTERS, THOMAS MEYER, AND RAY TROSCLAIR,** | * | |
| **Defendants** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Stipulation of Dismissal executed by the parties:

**IT IS HEREBY ORDERED** that the above and foregoing matter is dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2022

_____
HONORABLE JUDGE JAY C. ZAINEY